IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TYLAN JOSEPH WALKER,<br><br>           Defendant. | 8:24CR67<br><br>ORDER |

       The defendant appeared before the Court on May 14, 2024, regarding Motion to Revoke Order Setting Conditions of Release [28]. Richard McWilliams represented the defendant. Kathryn Pflug represented the government.

       The defendant requested to be in custody pending trial, change of plea hearing, sentencing, or further order of the Court. The government does not object. The Order Setting Conditions of Release [25] is revoked and the defendant shall be detained until further order of the Court. The relief requested regarding calculation of a term of imprisonment is denied without prejudice as untimely and outside of the jurisdiction of the undersigned magistrate judge. The Motion to Revoke Order Setting Conditions of Release [28] is granted in all other respects.

       The defendant shall remain in federal custody and is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

       **IT IS SO ORDERED**.

       Dated this 14th day of May, 2024.

                                                           BY THE COURT:

                                                          s/ Michael D. Nelson<br>
                                                           United States Magistrate Judge